**Carroll, Boe & Kite, P.C.**
Attorneys at Law
64 Court Street, Middlebury, Vermont 05753
(802) 388-6711 • Fax (802) 388-2111

**Attorneys**
**James F. Carroll**
jcarroll@64court.com
**Kathleen M. Boe**
kboe@64court.com
**Kevin L. Kite**
kkite@64court.com

**Paralegals**
Michele M. Cyr
mcyr@64court.com
Wanda M. Murray
wmurray@64court.com
Kristy L. Boise
kboise@64court.com

September 11, 2025

Honorable Kevin J. Doyle
United States Magistrate Judge
United States District Court – District of Vermont
P.O. Box 945
Burlington, VT 05402

**Re: Residents and Occupants of Green Mountain Mobile Manor, et al. v. Town of Fair Haven, Vermont, et al.**
**Case No. 2:22-cv-00124-kjd**

Dear Judge Doyle:

Pursuant to the Court's Order issued on September 4, 2025 in the above-referenced matter requesting a status report be provided by September 12, 2025, the Town of Fair Haven writes to inform the Court that the parties are currently negotiating directly with one another regarding settlement but, as of the date of this writing, have not yet come to an agreement.

Thank you for your attention to this matter.

Sincerely,

CARROLL, BOE & KITE, P.C.

Kevin L. Kite, Esq.
KLK:mc
cc: Mr. Anthony Chambers